# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | )<br>)<br>) |
| Stakeholder, | )<br>) |
| v. | )<br>) |
| DOROTHY FAYE RILEY; LINDA S. MITCHELL; and CHRISTINE WHITT, in her capacity as trustee of THE JOAN DONNA SULICH REVOCABLE LIVING TRUST, | )   Civil Action No. 6:22-CV-06091-SOH<br>)<br>)<br>)<br>)<br>) |
| Claimants. | ) |

## SEPARATE CLAIMANTS DOROTHY FAYE RILEY AND LINDA S. MITCHELL'S ANSWER TO SEPARATE CLAIMANT CHRISTINE WHITT'S CROSS-CLAIM FOR DECLARATORY JUDGMENT

Come Separate Claimants, Dorothy Faye Riley ("Faye") and Linda S. Mitchell ("Linda"), by and through their attorneys, James House, Swann, & Downing, P.A., and for their above-entitled Answer state:

1. On June 5, 2023 Separate Claimant Christine Whitt ("Christine") filed her Amended Answer, inclusive of a Cross-Claim For Declaratory Judgment (Count I) against Faye and Linda that was set forth in Paragraphs 32 through 34 of that document.

2. With this in mind, and pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Faye and Linda deny the allegations in Paragraphs 32 through 34 of Christine's Cross-Claim.

3. Faye and Linda deny all other allegations in Christine's Amended Answer and

Cross-Claim not specifically admitted herein.

4. Faye and Linda further deny that Christine is entitled to the relief requested in the "WHEREFORE" clause of her Cross-Claim.

WHEREFORE, Separate Claimants Faye Riley and Linda Mitchell respectfully request that the Court dismiss and deny the relief requested in Separate Claimant Christine Whitt's Cross-Claim, and for their attorneys' fees, costs, and all other relief to which they are entitled.

Respectfully submitted,

 /s/ Matthew R. House
Matthew R. House, ABN 99150
James, House, Swann, & Downing, P.A.
801 West Third Street
P. O. Box 3585
Little Rock, AR 72201
501-372-6555 – Telephone
501-372-6333 – Facsimile
mhouse@jamesandhouse.com

ATTORNEY FOR CLAIMANTS DOROTHY FAYE RILEY AND LINDA S. MITCHELL