**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | ) ) ) | |
| Stakeholder, | ) ) | |
| v. | ) ) | |
| DOROTHY FAYE RILEY; LINDA S. MITCHELL; and CHRISTINE WHITT, in her capacity as trustee of THE JOAN DONNA SULICH REVOCABLE LIVING TRUST, | ) ) ) ) ) ) ) | Civil Action No. 6:22-cv-06091-SOH |
| Claimants. | ) ) | |
| And in the Alternative | ) ) | |
| CHRISTINE WHITT, in her capacity as Trustee of THE JOAN DONNA SULICH REVOCABLE LIVING TRUST, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ARVEST INVESTMENTS, INC., | ) ) | |
| Defendant | ) | |

**SEPARATE CLAIMAINT CHRISTINE WHITT AS TRUSTEE FOR THE JOAN DONNA SULICH REVOCABLE LIVING TRUST'S ANSWER TO SEPARATE CLAIMANTS DOROTHY FAYE RILEY AND LINDA S. MITCHELL'S CROSSCLAIM FOR DECLARATORY JUDGMENT**

1

Comes Separate Claimant Christine Whitt, in her capacity as Trustee of the Joan Donna Sulich Revocable Living Trust, by and through her attorneys, Wesley W. Harris of Farrar & Williams, PLLC and Kyle P. Tate of The Tate Firm, PLLC, and for her Answer to Separate Claimants Dorothy Faye Riley and Linda S. Mitchell's Crossclaim for Declaratory Judgment, states as follows:

1.  On June 20, 2023, Separate Claimants Dorothy Faye Riley and Linda S. Mitchell ("Sisters") filed their Amended Answer, which included a Crossclaim for Declaratory Judgment (Count I) against Separate Claimant Christine Whitt that was set forth in Paragraphs 45 through 47 of that document.

2.  Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Separate Claimant Christine Whitt denies the allegations in Paragraphs 45 through 47 of the Sisters' Crossclaim.

3.  Separate Claimant Christine Whitt denies all other allegations in the Sisters' Amended Answer and Crossclaim not specifically admitted herein.

4.  Separate Claimant Christine Whitt denies that the Sisters are entitled to the relief requested in the "WHEREFORE" clause of their Crossclaim.

WHEREFORE, Separate Claimant Christine Whitt, in her capacity as the Trustee of the Joan Donna Sulich Revocable Living Trust, respectfully request that the Court dismiss and deny the relief requested in Separate Claimants Dorothy Faye Riley and Linda S. Mitchell's Crossclaim, and for her attorneys' fees, costs, and all other relief to which she is entitled.

Respectfully submitted,

WESLEY W. HARRIS

        Attorney for Christine Whitt
        Farrar & Williams, PLLC
        1720 Higdon Ferry Road, Suite 202
        Hot Springs, AR 71913
        (501) 525-4401
        wesley@farrarwilliams.com

        By: /s/ Wesley W. Harris
            Wesley W. Harris, Bar No. 2019149

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 7th day of July, 2023, I electronically filed the foregoing via the ECF system which will send notification to the following:

Matthew House
James, House, Swann & Downing, P.A.
PO Box 3585
Little Rock, AR 72203
mhouse@jamesandhouse.com

Kyle P. Tate
The Tate Firm, PLLC
1720 Higdon Ferry Rd, #202
Hot Springs, AR 71913
ktate@thetatefirm.com

        /s/ Wesley W. Harris
        WESLEY W. HARRIS