IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY | STAKEHOLDER |
| v.   Case No. 6:22-cv-6091 | |
| DOROTHY FAYE RILEY; LINDA S. MITCHELL; and CHRISTINE WHITT, in her capacity as trustee of THE JOAN DONNA SULICH REVOCABLE LIVING TRUST | CLAIMANTS |
| And in the Alternative | |
| CHRISTINE WHITT, in her capacity as trustee of THE JOAN DONNA SULICH REVOCABLE LIVING TRUST | PLAINTIFF |
| v. | |
| ARVEST INVESTMENTS, INC. | DEFENDANT |

**ORDER**

Before the Court is a Joint Motion to Dismiss Pursuant to Rule 41(a)(2) filed by Claimant Christine Whitt, in her capacity as Trustee of the Joan Donna Sulich Revocable Living Trust, Claimant Linda S. Mitchell, and Claimant Dorothy Faye Riley. ECF No. 59. The moving parties state that they have entered into a settlement agreement that fully resolves all claims against all parties in this case. The moving parties ask the Court to dismiss with prejudice all claims in this case. Upon consideration, the Court finds that the Joint Motion to Dismiss (ECF No. 59) should be and hereby is **GRANTED**. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Further, the Court directs the Clerk of the Court to disburse the interpleaded funds held in the Court registry plus ninety percent (90%) of the interest earned on deposit to Farrar & Williams, PLLC at 1720 Higdon Ferry Road, #202, Hot Springs, AR 71913. The Clerk shall collect the Registry Fee of ten percent (10%) of the interest earned on deposit in accordance with Local Rule 67.1(m). Upon disbursement of funds, this matter shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge